NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEWITT A. GRANT, II,                         )
                                             )
            Appellant,                       )
                                             )
v.                                           )     Case No. 2D20-1101
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____  )

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Ellen Masters, Judge.

Hewitt A. Grant, II  pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.